## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

**ROGER DEAN BANDY,**

**vs.**

**ADVANCE AUTO PARTS, INC.**

Action No:   7:11CV365

Date:   11/15/2012

Judge:   James C. Turk

Court Reporter:   Judy Webb

Deputy Clerk:   S. Sakalas

Plaintiff Attorney(s)

Thomas Strelka

Defendant Attorney(s)

Agnis Chakravorty, Erin Ashwell

### LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
Hearing on Defendant's [21] Motion for Summary Judgment.
Defendant (Chakravorty) argues.   Plaintiff argues.   Defendant (Chakravorty) final argument.
The Court indicates a ruling is forthcoming.

Time in Court:   10:01-10:33, 32 minutes