IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 29 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| ROGER DEAN BANDY, | ) |
| *Plaintiff,* | ) Civil Action No. 7:11-CV-00365 |
| v. | ) ORDER |
| ADVANCE AUTO PARTS, INC., | ) |
| *Defendant.* | ) By: Hon. James C. Turk |
| | ) Senior United States District Judge |

For the reasons set forth in the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

Defendant's motion for summary judgment (ECF No. No. 21) is **GRANTED**.

The Clerk is directed to send copies of this Final Order and accompanying Memorandum Opinion to all counsel of record. The Clerk is further directed to strike this case from the Court's active docket.

ENTER: This 29th day of November 2012.

/s/ James C. Turk
James C. Turk
Senior United States District Judge