IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **ROGER DEAN BANDY,** )  )  **Plaintiff,** )  )  ) **Case No: 7:11-cv-000365(JCT)**  v. )  )  **ADVANCE AUTO PARTS, INC.,** )  )  **Defendant.** ) | |

## NOTICE OF APPEAL

COMES NOW, the Plaintiff, Roger Dean Bandy, by counsel, and presents this Notice of Appeal to the Court. The Plaintiff hereby gives notice of the intention to appeal the following:

1. The Court's March 6, 2012 Order in the above-captioned case granting in part and denying in part the Defendant's Motion to Dismiss and Motion to Strike.

2. The November 29, 2012 Final Order entered by this Court, in the above-captioned case, granting the Defendant's Motion for Summary Judgment.

The Plaintiff appeals these matters to the United States Court of Appeals for the Fourth Circuit.

Respectfully submitted,

  /s/  Thomas E. Strelka
Thomas E. Strelka, VA Bar No. 75488
Strickland, Diviney & Strelka
23 Franklin Road
P.O. Box 2866
Roanoke, Virginia 24001
Phone: (540) 982-7787
Fax: (540) 342-2909
thomas@strelkalaw.com

*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on the 9th day of December, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Attorney for the Defendant:

Agnis Chakravorty (VSB #30225)
WOODS ROGERS PLC
Wachovia Tower
10 South Jefferson Street
P.O. Box 14125
Roanoke, VA  24038-4125
(540)983-7727
(540)983-7711(fax)
achakrav@woodsrogers.com


                    /s/  Thomas E. Strelka